IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| RICHARD A. COVERT and<br>JULIE J.. COVERT | PLAINTIFFS |
| VS.                            3:06CV00144 | |
| CHARLES VELLIOS, BARBARA VELLIOS,<br>and PRUDENTIAL RELOCATION, INC.,<br>A COLORADO CORPORATION | DEFENDANTS |
| CHARLES VELLIOS AND BARBARA VELLIOS | THIRD PARTY<br>PLAINTIFFS |
| VS. | |
| PARSONS ENGINEERING, INC., and<br>THOMAS J. PARSONS, INDIVIDUALLY | THIRD PARTY<br>DEFENDANTS |

## ORDER

Pending is Plaintiffs' motion for dismissal without prejudice. (Docket # 11). For good cause shown, and in the interest of justice, the motion is GRANTED. Plaintiffs' complaint against Charles Vellios, Barbara Vellios and Prudential Relocation , Inc. is hereby dismissed without prejudice.

IT IS SO ORDERED this 2nd day of February, 2007.

James M. Moody
United States District Judge