### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

| | |
|---|---|
| RICHARD A. COVERT and<br>JULIE J. COVERT | PLAINTIFFS |
| VS.                         3:06CV00144 | |
| CHARLES VELLIOS, BARBARA VELLIOS,<br>and PRUDENTIAL RELOCATION, INC.,<br>A COLORADO CORPORATION | DEFENDANTS |
| CHARLES VELLIOS AND BARBARA VELLIOS | THIRD PARTY PLAINTIFFS |
| VS. | |
| PARSONS ENGINEERING, INC., and<br>THOMAS J. PARSONS, INDIVIDUALLY | THIRD PARTY DEFENDANTS |

### ORDER

Pending is Third Party Plaintiffs' motion for dismissal without prejudice.  (Docket # 13). For good cause shown, and in the interest of justice, the motion is GRANTED.  Third Party Plaintiffs' complaint against Parsons Engineering, Inc. and Thomas J. Parsons is hereby dismissed without prejudice.  The Clerk is directed to close the case.

IT IS SO ORDERED this 6th day of February, 2007.

_____
James M. Moody
United States District Judge